■ In the Matter of the Claim of MARY A. KELLY, Appellant, against SYDENHAM HOSPITAL et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.

■ In the Matter of the Claim of LOUIS LAMPERT, Appellant, against ROXY BUTTON & PASSMENTERIE Co. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.

■ JOHN A. SIGNER, Appellant, v. MILLIE JULIANO et al., Respondents.— Motion to dismiss appeal granted, by default. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.

■ In the Matter of the Claim of MARIA SUERO, Appellant, against W. A. BAUM COMPANY, INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.

■ In the Matter of the Claim of ERIC WIEDEMANN, Appellant, against ELMHURST CONTRACTING Co. INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.